# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANTHONY WILLIAMSON**　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC #109343**

v.　　　　　　　　　　Case No. 4:22-cv-01046-LPR

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin and timely objections from the Plaintiff.  After a careful review of the objections and a *de novo* review of the Recommendation and record, the Court approves and adopts the Recommendation in all respects.  Accordingly, the Petition for Writ of Habeas Corpus is DISMISSED with prejudice.

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE