IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY WILLIAMSON**                                                                        **PETITIONER**
**ADC #109343**

v.                                    Case No. 4:22-cv-01046-LPR

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                                                         **RESPONDENT**

## JUDGMENT

Consistent with today's Order, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE